IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL GRAY,

    Petitioner,                      No. CIV S-10-2463 EFB P

    vs.

GARY SWARTHOUT,

    Respondent.                  <u>ORDER</u>

                            /

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner filed an application for leave to proceed *in forma pauperis*, but his affidavit is not signed.

        Within 30 days from the day this order is served, petitioner may submit either the filing fee or a properly completed application required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

////

1

1  The Clerk of the Court is directed to mail to petitioner a form application for leave to
2 proceed *in forma pauperis*.
3  So ordered.
4 DATED: September 17, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE