IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EARL GRAY,

    Petitioner,           No. CIV S-10-2463 JAM EFB P

    vs.

GARY SWARTHOUT,

    Respondent.        ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a second extension of time to file a reply to petitioner's opposition to the motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's January 31, 2011, request for an extension of time is granted and respondent has until March 2, 2011, to file a reply.

DATED: February 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE